Jesse L. Strauss, Appellant, v. Cornelius Smyth et al., Appellees.
Appeal of Jesse L. Strauss.

Gen. No. 10,025.

Heard in this court at the February term, 1945; opinion filed October 22, 1945; released for publication November 12, 1945. Julius C. Greenbaum, for appellant; Perry & Elliott, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full.